UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

GEORGE WALTHER-MEAD,

                                    Plaintiff,

v.

LEIDOS, INC.; and DOES 1-10, inclusive,

                                    Defendants.

GEORGE WALTHER-MEAD,

                          Cross-Complainant,

v.

GEORGE WALTHER-MEADE,

                          Cross-Defendant.

Case No.:   22CV-1777-JAH(BLM)

**ORDER re ECF NO. 27**

On April 7, 2023, Defendant/Cross-Complainant Leidos, Inc. ("Defendant") filed a Motion for the Issuance of Request Under the Hague Evidence Convention to Permit Production of Evidence from Citibanamex and Banorte in Mexico.  ECF No. 15.  On May 3, 2023, the Court granted in part Defendant's motion, ordering Defendant to modify and "submit revised letters rogatory that comply with [the Court's] Order."  ECF No. 26 at 12.  The next day, Defendant filed the Declaration of Ryan T. Chuman in Response to the Court's Order Granting Part Leidos's

Motion for the Issuance of Letters of Request Under the Hague Evidence Convention to Permit Production of Evidence from Citibanamex and Banorte in Mexico [ECF No. 27 ("Chuman Decl.")] and lodged revised English versions of Attachment A to the Subpoena to Produce Documents, Information or Object or to Permit Inspection of Premises to the Custodian of Records for Grupo Financiero Banorte [ECF No. 27-1 ("Exhibit R to "Chuman Decl.") and Grupo Financiero Citibanamex [ECF No. 27-2 ("Exhibit S to Chuman Decl.")].

The Court finds Defendant made the necessary revisions.  As such, the Court **GRANTS** Defendant's motion [ECF Nos. 15 & 27]. Attached hereto to this Order are the executed Letters Rogatory.

**IT IS SO ORDERED**.

Dated:  5/5/2023

Hon. Barbara L. Major
United States Magistrate Judge

22CV1777-JAH(BLM)

**ATTACHMENT "A" TO SUBPOENA**

**FOR PRODUCTION OF BUSINESS RECORDS**

**I.    DEFINITIONS**

**A.**    The word "**PLAINTIFF**," as used herein, refers to Plaintiff **George E. Walther-Meade**, with Social Security Number is XXX-XX-0910 and Date of Birth of January 29, 1973.

**B.**    The word "**JUAN GONZALEZ RUIZ**," as used herein, refers to non-party **JUAN GONZALEZ RUIZ**, with Mexican national identification registry number GORJ710201HBCNZN09 and Date of Birth of February 1, 1971.

**C.**    The word "**YOU**" and "**YOUR**," as used herein, refers to Custodian of Records and/or Person Most Knowledgeable for **GRUPO FINANCIERO BANORTE, S.A.B. DE C.V.**

**D.**    The term "**DOCUMENT**" or "**DOCUMENTS**" means and includes the original or copies of any written, printed, typed, recorded, computerized, electronic, taped, graphic or other matter, in whatever form, whether in final or draft, including but not limited to all materials and things that constitute "WRITINGS" or "RECORDINGS" as defined by Federal Rule of Civil Procedure 34(a)(1)(A).  "DOCUMENT" or "DOCUMENTS" further include, but are not limited to, all records, diaries, journals, letters, notes, memorandum, correspondence, telexes, facsimiles, sound recordings, intra or inter-office communications, contracts, supplements, comments, agreements, checks, bank statements, invoices, charge slips, receipts, bills, notebooks, complaints, intake forms, instructions, pamphlets, booklets, questionnaires, computer data, however stored, including data stored on or in diskettes and disk drives, time cards, printouts, data sheets, or anything otherwise defined as a "writing," "recording," "photograph," "original," or "duplicate" by Rule 1001 of the Federal Rules of Evidence, or anything similar to any of the foregoing, however denominated by the responding party, as well

as copies, including archived copies, amendments, modifications and drafts of the foregoing. If you are not in custody or control of the original document, "DOCUMENT" or "DOCUMENTS" shall mean the original or any copy or reproduction or facsimile thereof. If you are in custody or control of the original and copies, reproductions or facsimiles, the term "DOCUMENT" or "DOCUMENTS" shall mean the original and any copy or reproduction or facsimile thereof that is in any way different from the original.

## II.   DOCUMENTS TO BE PRODUCED

1. Any **DOCUMENTS**, including, but not limited to, statements and correspondence, regarding any bank account that **PLAINTIFF** could legally access or is or was previously the owner, account holder, authorized user, or beneficiary from 2013 to present.

2. Any **DOCUMENTS**, including, but not limited to, statements and correspondence, regarding any bank account that **JUAN GONZALEZ RUIZ** could legally access or is or was previously the owner, account holder, authorized user, or beneficiary from 2013 to present.

EXHIBIT R - PAGE 6

## ATTACHMENT "A" TO SUBPOENA

## FOR PRODUCTION OF BUSINESS RECORDS

**I.    DEFINITIONS**

**A.**    The word "**PLAINTIFF**," as used herein, refers to Plaintiff **George E. Walther-Meade**, with Social Security Number is XXX-XX-0910 and Date of Birth of January 29, 1973.

**B.**    The word "**JUAN GONZALEZ RUIZ**," as used herein, refers to non-party **JUAN GONZALEZ RUIZ**, with Mexican national identification registry number GORJ710201HBCNZN09 and Date of Birth of February 1, 1971.

**C.**    The word "**YOU**" and "**YOUR**," as used herein, refers to Custodian of Records and/or Person Most Knowledgeable for **GRUPO FINANCIERO CITIBANAME**, S.A. DE C.V.

**D.**    The term "**DOCUMENT**" or "**DOCUMENTS**" means and includes the original or copies of any written, printed, typed, recorded, computerized, electronic, taped, graphic or other matter, in whatever form, whether in final or draft, including but not limited to all materials and things that constitute "WRITINGS" or "RECORDINGS" as defined by Federal Rule of Civil Procedure 34(a)(1)(A).  "DOCUMENT" or "DOCUMENTS" further include, but are not limited to, all records, diaries, journals, letters, notes, memorandum, correspondence, telexes, facsimiles, sound recordings, intra or inter-office communications, contracts, supplements, comments, agreements, checks, bank statements, invoices, charge slips, receipts, bills, notebooks, complaints, intake forms, instructions, pamphlets, booklets, questionnaires, computer data, however stored, including data stored on or in diskettes and disk drives, time cards, printouts, data sheets, or anything otherwise defined as a "writing," "recording," "photograph," "original," or "duplicate" by Rule 1001 of the Federal Rules of Evidence, or anything similar to any of the foregoing, however denominated by the responding party, as well

as copies, including archived copies, amendments, modifications and drafts of the foregoing.  If you are not in custody or control of the original document, "DOCUMENT" or "DOCUMENTS" shall mean the original or any copy or reproduction or facsimile thereof.  If you are in custody or control of the original and copies, reproductions or facsimiles, the term "DOCUMENT" or "DOCUMENTS" shall mean the original and any copy or reproduction or facsimile thereof that is in any way different from the original.

## II.    DOCUMENTS TO BE PRODUCED

1.    Any **DOCUMENTS**, including, but not limited to, statements and correspondence, regarding any bank account that **PLAINTIFF** could legally access or is or was previously the owner, account holder, authorized user, or beneficiary from 2013 to present.

2.    Any **DOCUMENTS**, including, but not limited to, statements and correspondence, regarding any bank account that **JUAN GONZALEZ RUIZ** could legally access or is or was previously the owner, account holder, authorized user, or beneficiary from 2013 to present.

2

*Model for Letters of Request recommended for use in applying the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters*

**Request for International Judicial Assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters**

*N.B. Under the first paragraph of Article 4, the Letter of Request shall be in the language of the authority requested to execute it or be accompanied by a translation into that language. However, the provisions of the second and third paragraphs may permit use of English, French or another language.*

*In order to avoid confusion, please spell out the name of the month in each date.*

*Please fill out an original and one copy of this form (use additional space if required).*

| | | |
|---|---|---|
| 1. | Sender | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>Hardy Murphy, Esq.<br>400 South Hope Street, Suite 1200<br>Los Angeles, CA 90071<br>USA |
| 2. | Central Authority of the Requested State | Ministry of Foreign Affairs<br>Directorate-General of Legal Affairs<br>Plaza Juarez No. 20, Planta Baja<br>Col. Centro, Alcaldia Cuauhtemoc<br>C.P. 06010 Ciudad de Mexico<br>Mexico |
| 3. | Person to whom the executed request is to be returned | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>Hardy Murphy, Esq.<br>400 South Hope Street, Suite 1200<br>Los Angeles, CA 900711<br>USA<br>Hardy.Murphy@ogletree.com |

4. Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request

Date

| June1, 2023 |
|---|

Reason for urgency*

| Leidos, Inc. requests urgency as the Court has directed the fact discovery in preparation for trial be completed by August 11, 2023. |
|---|

_____

* Omit if not applicable.

IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION, THE UNDERSIGNED APPLICANT HAS THE HONOUR TO SUBMIT THE FOLLOWING REQUEST:

| | | | |
|---|---|---|---|
| 5. | *a* | Requesting judicial authority (Article 3,*a*)) | The Honorable Barbara Lynn Major<br>United States Magistrate Judge<br>United States District Court for the Soutnern District of California<br>940 Front Street<br>San Diego, California 92101 |
| | *b* | To the competent authority of (Article 3, *a*)) | Ministry of Foreign Affairs<br>Directorate-General of Legal Affairs<br>Plaza Juarez No. 20, Planta Baja<br>Col. Centro, Alcaldia Cuauhtemoc<br>C.P. 06010 Ciudad de Mexico<br>Mexico |
| | *c* | Names of the case and any identifying number | Walther-Meade v. Leidos, United States District Court for the Southern District of California, Civil Action No 3:22-cv-1777-JAH-BLM |

| | | | |
|---|---|---|---|
| 6. | | Names and addresses of the parties and their representatives (including representatives in the requested State*) (Article 3, *b*)) | |
| | *a* | Plaintiff | George Walther-Meade |
| | | Representatives | RAMEY LITIGATION GROUP APC<br>Christopher L. Ramey<br>3838 Camino del Rio North, Suite 120<br>San Diego, CA 92108 |
| | *b* | Defendant | Leidos, Inc. |
| | | Representatives | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>Hardy Murphy, Esq.<br>400 South Hope Street, Suite 1200<br>Los Angeles, CA 90071 |
| | *c* | Other parties | |
| | | Representatives | |

---

* Omit if not applicable.

EXHIBIT J - PAGE 12

| 7. | a | Nature of the proceedings (divorce, paternity, breach of contract, product liability, etc.) (Article 3, *c*)) | Wrongful Termination/Theft/Embezzlement |
|---|---|---|---|
| | b | Summary of complaint | Plaintiff alleges that Defendant unlawfully discriminated against him and he was thus wrongfully terminated. |
| | c | Summary of defence and counterclaim* | Defendant denies all of Plaintiffs allegations and crossclaims that Plaintiff embezzled almost $3.2 million from Defendant over the course of many years. |
| | d | Other necessary information or documents* | Leidos, Inc. believes that Walther-Meade stored monies embezzled from Leidos, Inc. in a Grupo Financiero Banorte, S.A.B. de C.V. account. |
| 8. | a | Evidence to be obtained or other judicial act to be performed (Article 3, *d*)) | Documents and communications referenced in Attachment A to the Grupo Financi ero Banorte, S.A.B. de C.V. |
| | b | Purpose of the evidence or judicial act sought | For use as evidence at trial. |
| 9. | | Identity and address of any person to be examined (Article 3, *e*))* | |
| 10. | | Questions to be put to the persons to be examined or statement of the subject-matter about which they are to be examined (Article 3, *f*))* | |

---

* Omit if not applicable.

| 11. Documents or other property to be inspected (Article 3, *g*))* | See Attachment A to Grupo Financiero Banorte, S.A.B. de C.V. |
| 12. Any requirement that the evidence be given on oath or affirmation and any special form to be used (Article 3, *h*))* | |
| 13. Special methods or procedure to be followed (e.g. oral or in writing, verbatim, transcript or summary, cross-examination, etc.) (Articles 3, *i*) and 9)* | |
| 14. Request for notification of the time and place for the execution of the Request and identity and address of any person to be notified (Article 7)* | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. Hardy Murphy, Esq. 400 South Hope Street, Suite 1200 Los Angeles, CA 90071 USA Tel: 213-438-5852 Email: Hardy.Murphy@ogletree.com |
| 15. Request for attendance or participation of judicial personnel of the requesting authority at the execution of the Letter of Request (Article 8)* | |

_____

* Omit if not applicable.

EXHIBIT J - PAGE 14

16. Specification of privilege
or duty to refuse to give
evidence under the law of
the State of origin
(Article 11, b))*

17. The fees and costs incurred
which are reimbursable under
the second paragraph of
Article 14 or under
Article 26 of the Convention
will be borne by*

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Hardy Murphy, Esq.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
USA
Tel: 213-438-5852
Email: Hardy.Murphy@ogletree.com

DATE OF REQUEST

5/5/2023

SIGNATURE AND SEAL OF THE
REQUESTING AUTHORITY



Barbara Major

Hon. Barbara L. Major
United States Magistrate Judge

**Erase all entries**

**Print**

_____

* Omit if not applicable.

# PETICIÓN
# A LOS FINES DE NOTIFICACIÓN O TRASLADO EN EL EXTRANJERO DE UN DOCUMENTO JUDICIAL O EXTRAJUDICIAL

REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Convenio relativo a la Notificación o Traslado en el Extranjero de Documentos Judiciales y Extrajudiciales en Materia Civil o Comercial, firmado en La Haya, el 15 de noviembre de 1965.**
Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en*
*matière civile ou commerciale, signée à La Haye le 15 novembre 1965.*

| **Identidad y dirección del requirente**<br>Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br>Hardy Murphy, Esq.<br>400 South Hope Street, Suite 1200<br>Los Angeles, CA 90071<br>Telephone 213-239-9800Hardy.Murphy@ogletree.com<br><br>Attorneys for Leidos, Inc. | **Dirección de la autoridad destinataria**<br>Address of receiving authority<br>*Adresse de l'autorité destinataire*<br><br>Ministry of Foreign Affairs<br>Directorate-General of Legal Affairs<br>Plaza Juárez No. 20, Planta Baja<br>Col. Centro, Alcaldía Cuauhtémoc<br>C.P. 06010 Ciudad de México<br>Mexico |

**El requirente infrascrito tiene el honor de remitir – en doble ejemplar – a la autoridad destinataria los documentos enumerados, rogándole, conforme al artículo 5 del Convenio antes citado, haga remitir sin demora un ejemplar al destinatario, a saber:**
The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:
*Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir:*

**(identidad y dirección)**
(identity and address) / *(identité et adresse)*

Grupo Financiero Banorte, S.A.B. de C.V.
Av. Revolución No. 3000 La Primavera Monterrey,NUEVOLEON,     64830 Mexico

| | | |
|---|---|---|
| ☐ | a) | **Según las formas legales (artículo 5, párrafo primero, letra *a*)***<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*<br>*selon les formes légales (article 5, alinéa premier, lettre a)*\* |
| ☑ | b) | **Según la forma particular siguiente (artículo 5, párrafo primero, letra *b*)***<br>in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:<br>*selon la forme particulière suivante (article 5, alinéa premier, lettre b)\* :*<br><br>Serve personally Grupo Financiero Banorte, S.A.B. de C.V. |
| ☐ | c) | **En su caso, por simple entrega al interesado (artículo 5, párrafo segundo)***<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5) *<br>*le cas échéant, par remise simple (article 5, alinéa 2) \** |

**Se ruega a esa autoridad envíe o haga enviar al requirente un ejemplar del documento – y de sus anexos\* – con el certificado adjunto.**
The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes\*- avec l'attestation ci-jointe.*

**Enumeración de los documentos**
List of documents / *Énumération des pièces*

Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action and Attachment A

\* Si procede
if appropriate / *s'il y a lieu*

| **Hecho en** Done at / *Fait à* **el** the / *le*   San Diego, California, United States of America | **Firma y / o sello**<br>Signature and/or stamp / *Signature et / ou cachet* |
|---|---|

## CERTIFICADO
### CERTIFICATE
### *ATTESTATION*

**La autoridad infrascrita tiene el honor de certificar, conforme al artículo 6 de dicho Convenio,**
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L autorité soussignée a l honneur d attester conformément à l article 6 de ladite Convention,*

☐ **1. que la petición ha sido ejecutada\***
that the document has been served *
*que la demande a été exécutée\**

| | |
|---|---|
| **— el (fecha):** <br> the (date) / *le (date)* : | |
| **— en (localidad, calle, número):** <br> at (place, street, number) / *à (localité, rue, numéro)* : | |

| |
|---|
| **— en una de las formas siguientes previstas en el artículo 5:** <br> in one of the following methods authorised by Article 5: <br> *dans une des formes suivantes prévues à l article 5* : |

☐ *a)* **según las formas legales (artículo 5, párrafo primero, letra a)\***
in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
*selon les formes légales (article 5, alinéa premier, lettre a)\**

☐ *b)* **según la forma particular siguiente\*:**
in accordance with the following particular method*:
*selon la forme particulière suivante\** :

☐ *c)* **por simple entrega\***
by delivery to the addressee, if he accepts it voluntarily*
*par remise simple\**

**Los documentos mencionados en la petición han sido entregados a:**
The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à* :

| | |
|---|---|
| **Identidad y calidad de la persona:** <br> Identity and description of person : <br> *Identité et qualité de la personne* : | |
| **Vínculos de parentesco, subordinación u otros, con el destinatario del documento:** <br> Relationship to the addressee (family, business or other): <br> *Liens de parenté, de subordination ou autres, avec le destinataire de l acte* : | |

☐ **2. que la petición no ha sido ejecutada, en razón a los hechos siguientes\*:**
that the document has not been served, by reason of the following facts*:
*que la demande n a pas été exécutée, en raison des faits suivants\** :

| |
|---|
| |

☐ **Conforme al artículo 12, párrafo 2, de dicho Convenio, se ruega al requirente el pago o reembolso de los gastos cuyos detalles figuran en la declaración adjunta\*.**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.*

***Anexos***
Annexes / *Annexes*

| | |
|---|---|
| **Documentos reenviados:** <br> Documents returned: <br> *Pièces renvoyées* : | |
| **En su caso, los documentos justificativos de la ejecución:** <br> In appropriate cases, documents establishing the service: <br> *Le cas échéant, les documents justificatifs de l exécution* : <br> \* Si procede <br> if appropriate / *s'il y a lieu* | |
| **Hecho en** <br> Done at / *Fait à* <br><br> **el** <br> the / *le* | **Firma y / o sello** <br> Signature and/or stamp / *Signature et / ou cachet* |

# AVISO
### WARNING
*AVERTISSEMENT*

**Identidad y dirección del destinatario**
Identity and address of the addressee
*Identité et adresse du destinataire*

Grupo Financiero Banorte, S.A.B. de C.V.
Av. Revolución No. 3000 La Primavera Monterrey,NUEVO   LEON 64830 Mexico

### IMPORTANTE

**EL DOCUMENTO ADJUNTO ES DE NATURALEZA JURÍDICA Y PUEDE AFECTAR SUS DERECHOS Y OBLIGACIONES. LOS "ELEMENTOS ESENCIALES DEL DOCUMENTO" LE PROPORCIONAN INFORMACIÓN SOBRE SU NATURALEZA Y OBJETO. NO OBSTANTE, ES INDISPENSABLE LEER ATENTAMENTE EL TEXTO DEL DOCUMENTO. PUEDE REQUERIR ASISTENCIA JURÍDICA.**

**SI SUS RECURSOS SON INSUFICIENTES, INFÓRMESE SOBRE LA POSIBILIDAD DE OBTENER ASISTENCIA JUDICIAL O ASESORAMIENTO JURÍDICO EN SU PAÍS O EN EL PAÍS DE ORIGEN DEL DOCUMENTO.**

**LAS SOLICITUDES DE INFORMACIÓN SOBRE LA POSIBILIDAD DE OBTENER ASISTENCIA JUDICIAL O ASESORAMIENTO JURÍDICO EN EL PAÍS DE ORIGEN DEL DOCUMENTO PUEDEN DIRIGIRSE A:**

#### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' W LL GIVE YOU SOME NFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE NSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIB LITY OF OBTAIN NG LEGAL AID OR ADVICE EITHER N THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE D RECTED TO:

#### *TRÈS IMPORTANT*

*LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.*

*SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D OBTENIR L ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D ORIGINE DU DOCUMENT.*

*LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D OBTENIR L ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :*

Legal Aid Society of San Diego, Inc.
1764 San Diego Ave.
San Diego, CA 92110
Telephone: (877) 534-2524

**Se recomienda que las menciones impresas en esta nota se redacten en francés y en inglés y, en su caso, además, en otra lengua o en otra de las lenguas oficiales del Estado de origen del documento. Los espacios en blanco podrían completarse en la lengua del Estado al que deba remitirse el documento, en francés o en inglés.**

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

*Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l une des langues officielles de l État d origine de l acte. Les blancs pourraient être remplis soit dans la langue de l État où le document doit être adressé, soit en langue française, soit en langue anglaise.*

## ELEMENTOS ESENCIALES DEL DOCUMENTO
### SUMMARY OF THE DOCUMENT TO BE SERVED
#### ÉLÉMENTS ESSENTIELS DE L'ACTE

**Convenio relativo a la Notificación o Traslado en el Extranjero de Documentos Judiciales y Extrajudiciales en materia Civil o Comercial,**
**firmado en La Haya, el 15 de noviembre de 1965 *(artículo 5, párrafo cuarto).***
Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965
(Article 5, fourth paragraph).
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en*
*matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).*

| | |
|---|---|
| **Nombre y dirección de la autoridad requirente:**<br>Name and address of the requesting authority:<br>*Nom et adresse de l autorité requérante :* | The Honorable Barbara Lynn Major<br>United States Magistrate Judge<br>United States District Court for the Soutnern District of California<br>940 Front Street<br>San Diego, California 92101 |
| **Identidad de las partes*:**<br>Particulars of the parties*:<br>*Identité des parties* :* | Plaintiff and Cross-Defendant: George Walther-Meade<br><br>Defendant and Cross-Complainant: Leidos, Inc. |

\* Si procede, identidad y dirección de la persona interesada en la remisión del documento.
if appropriate, identity and address of the person interested in the transmission of the document
*s'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte*

---

☐ **DOCUMENTO JUDICIAL ***
JUDICIAL DOCUMENT**
*ACTE JUDICIAIRE**

| | |
|---|---|
| **Naturaleza y objeto del documento:**<br>Nature and purpose of the document:<br>*Nature et objet de l acte :* | |
| **Naturaleza y objeto del procedimiento y, en su caso, cuantía del litigio:**<br>Nature and purpose of the proceedings and, when appropriate, the amount in dispute:<br>*Nature et objet de l instance, le cas échéant, le montant du litige :* | |
| **Fecha y lugar de comparecencia**:**<br>Date and Place for entering appearance**:<br>*Date et lieu de la comparution** :* | |
| **Autoridad judicial que ha dictado la decisión**:**<br>Court which has given judgment**:<br>*Juridiction qui a rendu la décision** :* | |
| **Fecha de la decisión**:**<br>Date of judgment**:<br>*Date de la décision** :* | |
| **Indicación de los plazos que figuran en el documento**:**<br>Time limits stated in the document**:<br>*Indication des délais figurant dans l acte** :* | |

** Si procede
if appropriate / *s'il y a lieu*

---

☑ **DOCUMENTO EXTRAJUDICIAL ***
EXTRAJUDICIAL DOCUMENT**
*ACTE EXTRAJUDICIAIRE**

| | |
|---|---|
| **Naturaleza y objeto del documento:**<br>Nature and purpose of the document:<br>*Nature et objet de l acte :* | Subpoena to Grupo Financiero Banorte, S.A.B. de C.V. to produce documents identified in Attachment A |
| **Indicación de los plazos que figuran en el documento**:**<br>Time-limits stated in the document**:<br>*Indication des délais figurant dans l acte** :* | 30 days |

** Si procede
if appropriate / *s'il y a lieu*

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF CA IFORNIA

GEORGE WA  THER-MEADE
_____
*Plaintiff*

v.

EIDOS, INC.,
_____
*Defendant*

)
)
)
)
)
)
)

Civil Action No. 3 22-cv-1777-JAH-B  M

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To  Custodian of Records for Grupo Financiero Banorte, S.A.B. de C.   .

_____
*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material

See Attachment A

| Place  Ogletree, Deakings, Nash, Smoak   Stewart, P.C. Attn  Hardy Murphy, Esq. 400 South Hope Street, Suite 1200,   os Angeles CA 90071, USA | Date and Time June 1, 2023    10 00 a m. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place | Date and Time |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached   Rule 45(c), relating to the place of compliance  Rule 45(d), relating to your protection as a person subject to a subpoena  and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date  3/31/2023_____

*CLERK OF COURT*

OR

_____
*Signature of Clerk or Deputy Clerk*

_____
*Attorney's signature*
R  AN T. CHUMAN

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*  EIDOS, INC.,
HARD  RA  MURPH   R  AN T. CHUMAN_____, who issues or requests this subpoena, are
OG  ETREE, DEAKINS, NASH, SMOAK   STEWART, P.C.
400 South Hope Street, Suite 1200   os Angeles, CA  90071
Telephone  213-239-9800  hardy.murphy   ogletree.com  ryan.chuman   ogletree.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

EXHIBIT L - PAGE 22

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 3 22-cv-1777-JAH-B  M

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____

☐ I served the subpoena by delivering a copy to the named person as follows _____

_____

_____ on *(date)* _____ or

☐ I returned the subpoena unexecuted because _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day s attendance, and the mileage allowed by law, in the amount of

_____

My fees are _____ for travel and _____ for services, for a total of 0.00 _____

I declare under penalty of perjury that this information is true.

Date _____               _____
                                              *Server's signature*

                                      _____
                                              *Printed name and title*

                                      _____
                                              *Server's address*

Additional information regarding attempted service, etc.

EXHIBIT L - PAGE 23

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows
**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person  or
**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
**(i)** is a party or a party s officer  or
**(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command
**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person  and
**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction  which may include lost earnings and reasonable attorney s fees   on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises   or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply
**(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party s officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that
**(i)** fails to allow a reasonable time to comply
**(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c)
**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies  or
**(iv)** subjects a person to undue burden.
**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires
**(i)** disclosing a trade secret or other confidential research, development, or commercial information  or

**(ii)** disclosing an unretained expert s opinion or information that does not describe specific occurrences in dispute and results from the expert s study that was not requested by a party.
**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party
**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship  and
**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information
**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must
**(i)** expressly make the claim  and
**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has  must not use or disclose the information until the claim is resolved  must take reasonable steps to retrieve the information if the party disclosed it before being notified  and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required   and also, after a motion is transferred, the issuing court   may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

EXHIBIT L - PAGE 24

*Model for Letters of Request recommended for use in applying the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters*

**Request for International Judicial Assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters**

*N.B. Under the first paragraph of Article 4, the Letter of Request shall be in the language of the authority requested to execute it or be accompanied by a translation into that language. However, the provisions of the second and third paragraphs may permit use of English, French or another language.*

*In order to avoid confusion, please spell out the name of the month in each date.*

*Please fill out an original and one copy of this form (use additional space if required).*

| | | |
|---|---|---|
| 1. | Sender | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>Hardy Murphy, Esq.<br>400 South Hope Street, Suite 1200<br>Los Angeles, CA 90071<br>USA |
| 2. | Central Authority of the Requested State | Ministry of Foreign Affairs<br>Directorate-General of Legal Affairs<br>Plaza Juarez No. 20, Planta Baja<br>Col. Centro, Alcaldia Cuauhtemoc<br>C.P. 06010 Ciudad de Mexico<br>Mexico |
| 3. | Person to whom the executed request is to be returned | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>Hardy Murphy, Esq.<br>400 South Hope Street, Suite 1200<br>Los Angeles, CA 900711<br>USA<br>Hardy.Murphy@ogletree.com |

4. Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request

Date

> June 1, 2023

Reason for urgency*

> Leidos, Inc. requests urgency as the Court has directed the fact discovery in preparation for trial be completed by August 11, 2023.

---

\* Omit if not applicable.

IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION, THE UNDERSIGNED APPLICANT HAS THE HONOUR TO SUBMIT THE FOLLOWING REQUEST:

5.  a   Requesting judicial authority (Article 3,*a*))

The Honorable Barbara Lynn Major
United States Magistrate Judge
United States District Court for the Soutnern District of California
940 Front Street
San Diego, California 92101

b   To the competent authority of (Article 3, *a*))

Ministry of Foreign Affairs
Directorate-General of Legal Affairs
Plaza Juarez No. 20, Planta Baja
Col. Centro, Alcaldia Cuauhtemoc
C.P. 06010 Ciudad de Mexico
Mexico

c   Names of the case and any identifying number

Walther-Meade v. Leidos, United States District Court for the Southern District of California, Civil Action No 3:22-cv-1777-JAH-BLM

6.  Names and addresses of the parties and their representatives (including representatives in the requested State*) (Article 3, *b*))

a   Plaintiff

George Walther-Meade

    Representatives

RAMEY LITIGATION GROUP APC
Christopher L. Ramey
3838 Camino del Rio North, Suite 120
San Diego, CA 92108

b   Defendant

Leidos, Inc.

    Representatives

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Hardy Murphy, Esq.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071

c   Other parties

    Representatives

_____

* Omit if not applicable.

EXHIBIT N - PAGE 27

7.  *a*   Nature of the proceedings (divorce, paternity, breach of contract, product liability, etc.) (Article 3, *c*))

Wrongful Termination/Theft/Embezzlement

   *b*   Summary of complaint

Plaintiff alleges that Defendant unlawfully discriminated against him and he was thus wrongfully terminated.

   *c*   Summary of defence and counterclaim*

Defendant denies all of Plaintiffs allegations and crossclaims that Plaintiff embezzled almost $3.2 million from Defendant over the course of many years.

   *d*   Other necessary information or documents*

Leidos, Inc. believes that Walther-Meade stored monies embezzled from Leidos, Inc. in a Grupo Financiero Banamex S.A. de C.V. account.

8.  *a*   Evidence to be obtained or other judicial act to be performed (Article 3, *d*))

Documents and communications referenced in Attachment A to the Subpoena to Grupo Financiero Banamex S.A. de C.V.

   *b*   Purpose of the evidence or judicial act sought

For use as evidence at trial.

9.  Identity and address of any person to be examined (Article 3, *e*))*

10. Questions to be put to the persons to be examined or statement of the subject-matter about which they are to be examined (Article 3, *f*))*

_____

* Omit if not applicable.

11. Documents or other property to be inspected (Article 3, *g*))*

See Attachment A to Subpoena to Grupo Financiero Banamex S.A. de C.V.

12. Any requirement that the evidence be given on oath or affirmation and any special form to be used (Article 3, *h*))*

13. Special methods or procedure to be followed (e.g. oral or in writing, verbatim, transcript or summary, cross-examination, etc.) (Articles 3, *i*) and 9)*

14. Request for notification of the time and place for the execution of the Request and identity and address of any person to be notified (Article 7)*

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Hardy Murphy, Esq.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
USA
Tel: 213-438-5852
Email: Hardy.Murphy@ogletree.com

15. Request for attendance or participation of judicial personnel of the requesting authority at the execution of the Letter of Request (Article 8)*

_____

* Omit if not applicable.

EXHIBIT N - PAGE 29

16. Specification of privilege
or duty to refuse to give
evidence under the law of
the State of origin
(Article 11, *b*))\*

17. The fees and costs incurred
which are reimbursable under
the second paragraph of
Article 14 or under
Article 26 of the Convention
will be borne by\*

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Hardy Murphy, Esq.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
USA
Tel: 213-438-5852
Email: Hardy.Murphy@ogletree.com

DATE OF REQUEST

5/5/2023

SIGNATURE AND SEAL OF THE
REQUESTING AUTHORITY



*Barbara Major*

Hon. Barbara L. Major
United States Magistrate Judge

**Erase all entries**

**Print**

---

\* Omit if not applicable.

# PETICIÓN
# A LOS FINES DE NOTIFICACIÓN O TRASLADO EN EL EXTRANJERO DE UN DOCUMENTO JUDICIAL O EXTRAJUDICIAL

REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Convenio relativo a la Notificación o Traslado en el Extranjero de Documentos Judiciales y Extrajudiciales en Materia Civil o Comercial, firmado en La Haya, el 15 de noviembre de 1965.**

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.*

| **Identidad y dirección del requirente** Identity and address of the applicant *Identité et adresse du requérant* | **Dirección de la autoridad destinataria** Address of receiving authority *Adresse de l'autorité destinataire* |
|---|---|
| OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. Hardy Murphy, Esq. 400 South Hope Street, Suite 1200 Los Angeles, CA 90071 Telephone 213-239-9800 Hardy.Murphy@ogletree.com Attorneys for Leidos, Inc. | Ministry of Foreign Affairs Directorate-General of Legal Affairs Plaza Juárez No. 20, Planta Baja Col. Centro, Alcaldía Cuauhtémoc C.P. 06010 Ciudad de México México |

**El requirente infrascrito tiene el honor de remitir – en doble ejemplar – a la autoridad destinataria los documentos enumerados, rogándole, conforme al artículo 5 del Convenio antes citado, haga remitir sin demora un ejemplar al destinatario, a saber:**
The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:
*Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :*

**(identidad y dirección)**
(identity and address) / *(identité et adresse)*

Grupo Financiero Banamex S.A. de C.V.
Isabel La Católica No. 44 Centro (Area 1),
Cuauhtémoc México, CIUDAD DE MEXICO, 06000 Mexico

| ☐ | a) | **Según las formas legales (artículo 5, párrafo primero, letra a)*** in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention* *selon les formes légales (article 5, alinéa premier, lettre a)*** |
|---|---|---|
| ☑ | b) | **Según la forma particular siguiente (artículo 5, párrafo primero, letra b)*** in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*: *selon la forme particulière suivante (article 5, alinéa premier, lettre b)* :* <br> Serve personally Grupo Financiero Banamex S.A. de C.V. |
| ☐ | c) | **En su caso, por simple entrega al interesado (artículo 5, párrafo segundo)*** by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5) * *le cas échéant, par remise simple (article 5, alinéa 2) *** |

**Se ruega a esa autoridad envíe o haga enviar al requirente un ejemplar del documento – y de sus anexos* – con el certificado adjunto.**
The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.*

**Enumeración de los documentos**
List of documents / *Énumération des pièces*

Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action and Attachment A

\* Si procede
if appropriate / *s'il y a lieu*

| **Hecho en** Done at / *Fait à* **el** the / *le* | San Diego, California, United States of America | **Firma y / o sello** Signature and/or stamp / *Signature et / ou cachet* |
|---|---|---|

Oficina Permanente, noviembre de 2011

# CERTIFICADO
## CERTIFICATE
### *ATTESTATION*

**La autoridad infrascrita tiene el honor de certificar, conforme al artículo 6 de dicho Convenio,**
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L´autorité soussignée a l´honneur d´attester conformément à l´article 6 de ladite Convention,*

☐ **1. que la petición ha sido ejecutada\***
that the document has been served *
*que la demande a été exécutée\**

| | |
|---|---|
| **— el (fecha):**<br>the (date) / *le (date)* : | |
| **— en (localidad, calle, número):**<br>at (place, street, number) / *à (localité, rue, numéro)* : | |

**— en una de las formas siguientes previstas en el artículo 5:**
in one of the following methods authorised by Article 5:
*dans une des formes suivantes prévues à l´article 5 :*

☐ **a)** **según las formas legales (artículo 5, párrafo primero, letra a)\***
in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
*selon les formes légales (article 5, alinéa premier, lettre a)\**

☐ **b)** **según la forma particular siguiente\*:**
in accordance with the following particular method*:
*selon la forme particulière suivante\* :*

☐ **c)** **por simple entrega\***
by delivery to the addressee, if he accepts it voluntarily*
*par remise simple\**

**Los documentos mencionados en la petición han sido entregados a:**
The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| | |
|---|---|
| **Identidad y calidad de la persona:**<br>Identity and description of person :<br>*identité et qualité de la personne* : | |
| **Vínculos de parentesco, subordinación u otros, con el destinatario del documento:**<br>Relationship to the addressee (family, business or other):<br>*Liens de parenté, de subordination ou autres, avec le destinataire de l´acte :* | |

☐ **2. que la petición no ha sido ejecutada, en razón a los hechos siguientes\*:**
that the document has not been served, by reason of the following facts*:
*que la demande n´a pas été exécutée, en raison des faits suivants\* :*

| |
|---|
| |

☐ **Conforme al artículo 12, párrafo 2, de dicho Convenio, se ruega al requirente el pago o reembolso de los gastos cuyos detalles figuran en la declaración adjunta\*.**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l´article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.*

***Anexos***
Annexes / *Annexes*

| | |
|---|---|
| **Documentos reenviados:**<br>Documents returned:<br>*Pièces renvoyées :* | |
| **En su caso, los documentos justificativos de la ejecución:**<br>In appropriate cases, documents establishing the service:<br>*Le cas échéant, les documents justificatifs de l´exécution :*<br>\* Si procede<br>*if appropriate / s´il y a lieu* | |
| **Hecho en**<br>Done at / *Fait à*<br><br>**el**<br>the / *le* | **Firma y / o sello**<br>Signature and/or stamp / *Signature et / ou cachet* |

# AVISO
## WARNING
### *AVERTISSEMENT*

**Identidad y dirección del destinatario**
Identity and address of the addressee
*Identité et adresse du destinataire*
Grupo Financiero Banamex S.A. de C.V.
Isabel La Católica No. 44 Centro (Area 1),
Cuauhtémoc México, CIUDAD DE MEXICO, 06000 Mexico

### IMPORTANTE

**EL DOCUMENTO ADJUNTO ES DE NATURALEZA JURÍDICA Y PUEDE AFECTAR SUS DERECHOS Y OBLIGACIONES. LOS "ELEMENTOS ESENCIALES DEL DOCUMENTO" LE PROPORCIONAN INFORMACIÓN SOBRE SU NATURALEZA Y OBJETO. NO OBSTANTE, ES INDISPENSABLE LEER ATENTAMENTE EL TEXTO DEL DOCUMENTO. PUEDE REQUERIR ASISTENCIA JURÍDICA.**

**SI SUS RECURSOS SON INSUFICIENTES, INFÓRMESE SOBRE LA POSIBILIDAD DE OBTENER ASISTENCIA JUDICIAL O ASESORAMIENTO JURÍDICO EN SU PAÍS O EN EL PAÍS DE ORIGEN DEL DOCUMENTO.**

**LAS SOLICITUDES DE INFORMACIÓN SOBRE LA POSIBILIDAD DE OBTENER ASISTENCIA JUDICIAL O ASESORAMIENTO JURÍDICO EN EL PAÍS DE ORIGEN DEL DOCUMENTO PUEDEN DIRIGIRSE A:**

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

### *TRÈS IMPORTANT*

*LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.*

*SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.*

*LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :*

Legal Aid Society of San Diego, Inc.
1764 San Diego Ave.
San Diego, CA 92110
Telephone: (877) 534-2524

**Se recomienda que las menciones impresas en esta nota se redacten en francés y en inglés y, en su caso, además, en otra lengua o en otra de las lenguas oficiales del Estado de origen del documento. Los espacios en blanco podrían completarse en la lengua del Estado al que deba remitirse el documento, en francés o en inglés.**

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

*Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.*

# ELEMENTOS ESENCIALES DEL DOCUMENTO
## SUMMARY OF THE DOCUMENT TO BE SERVED
### ÉLÉMENTS ESSENTIELS DE L'ACTE

**Convenio relativo a la Notificación o Traslado en el Extranjero de Documentos Judiciales y Extrajudiciales en materia Civil o Comercial,**
**firmado en La Haya, el 15 de noviembre de 1965 *(artículo 5, párrafo cuarto).***
Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).*

| | |
|---|---|
| **Nombre y dirección de la autoridad requirente:** <br> Name and address of the requesting authority: <br> *Nom et adresse de l'autorité requérante :* | The Honorable Barbara Lynn Major <br> United States Magistrate Judge <br> United States District Court for the Soutnern District of California <br> 940 Front Street <br> San Diego, California 92101 |
| **Identidad de las partes*:** <br> Particulars of the parties*: <br> *Identité des parties* :* | Plaintiff and Cross-Defendant: George Walther-Meade <br><br> Defendant and Cross-Complainant: Leidos, Inc. |

\* Si procede, identidad y dirección de la persona interesada en la remisión del documento.
if appropriate, identity and address of the person interested in the transmission of the document
*s'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte*

☐ **DOCUMENTO JUDICIAL \*\***
JUDICIAL DOCUMENT\*\*
*ACTE JUDICIAIRE\*\**

| | |
|---|---|
| **Naturaleza y objeto del documento:** <br> Nature and purpose of the document: <br> *Nature et objet de l'acte :* | |
| **Naturaleza y objeto del procedimiento y, en su caso, cuantía del litigio:** <br> Nature and purpose of the proceedings and, when appropriate, the amount in dispute: <br> *Nature et objet de l'instance, le cas échéant, le montant du litige :* | |
| **Fecha y lugar de comparecencia\*\*:** <br> Date and Place for entering appearance\*\*: <br> *Date et lieu de la comparution\*\* :* | |
| **Autoridad judicial que ha dictado la decisión\*\*:** <br> Court which has given judgment\*\*: <br> *Juridiction qui a rendu la décision\*\* :* | |
| **Fecha de la decisión\*\*:** <br> Date of judgment\*\*: <br> *Date de la décision\*\* :* | |
| **Indicación de los plazos que figuran en el documento\*\*:** <br> Time limits stated in the document\*\*: <br> *Indication des délais figurant dans l'acte\*\* :* | |

\*\* Si procede
if appropriate / *s'il y a lieu*

☑ **DOCUMENTO EXTRAJUDICIAL \*\***
EXTRAJUDICIAL DOCUMENT\*\*
*ACTE EXTRAJUDICIAIRE\*\**

| | |
|---|---|
| **Naturaleza y objeto del documento:** <br> Nature and purpose of the document: <br> *Nature et objet de l'acte :* | Subpoena to Grupo Financiero Banamex S.A. de C.V. to produce documents identified in Attachment A |
| **Indicación de los plazos que figuran en el documento\*\*:** <br> Time-limits stated in the document\*\*: <br> *Indication des délais figurant dans l'acte\*\* :* | 30 days |

\*\* Si procede
if appropriate / *s'il y a lieu*

Oficina Permanente, noviembre de 2011

EXHIBIT O - PAGE 35

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF CA IFORNIA

| | |
|---|---|
| GEORGE WA THER-MEADE<br>*Plaintiff*<br>v.<br><br>EIDOS, INC.,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 3 22-cv-1777-JAH-B M

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To  Custodian of Records for Grupo Financiero Citibanamex, S.A. de C.  .

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material
See Attachment A

| Place  Ogletree, Deakings, Nash, Smoak   Stewart, P.C. Attn  Hardy Murphy,<br>Esq. 400 South Hope Street, Suite 1200,   os Angeles CA 90071, USA | Date and Time<br>June 1, 2023    10 00 a.m. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place | Date and Time |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached   Rule 45(c), relating to the place of compliance  Rule 45(d), relating to your protection as a person subject to a subpoena  and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date  3/31/2023

|  CLERK OF COURT | |
|---|---|
| | OR |
| _____<br>*Signature of Clerk or Deputy Clerk* | _____<br>*Attorney's signature*<br>R  AN T. CHUMAN |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*  EIDOS, INC.,
HARD  RA  MURPH   R  AN T. CHUMAN                        , who issues or requests this subpoena, are
OG  ETREE, DEAKINS, NASH, SMOAK   STEWART, P.C.
400 South Hope Street, Suite 1200   os Angeles, CA  90071
Telephone  213-239-9800  hardy.murphy  ogletree.com  ryan.chuman   ogletree.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 3 22-cv-1777-JAH-B  M

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____

☐ I served the subpoena by delivering a copy to the named person as follows _____

_____

_____ on *(date)* _____ or

☐ I returned the subpoena unexecuted because _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day s attendance, and the mileage allowed by law, in the amount of

_____

My fees are _____ for travel and _____ for services, for a total of  0.00  _____

I declare under penalty of perjury that this information is true.

Date _____                _____
                                                                    *Server's signature*

                                                   _____
                                                                    *Printed name and title*

                                                   _____
                                                                    *Server's address*

Additional information regarding attempted service, etc.

EXHIBIT P - PAGE 38

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows
  **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person  or
  **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
    **(i)** is a party or a party s officer  or
    **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2)** *For Other Discovery.* A subpoena may command
  **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person  and
  **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction  which may include lost earnings and reasonable attorney s fees  on a party or attorney who fails to comply.

  **(2)** *Command to Produce Materials or Permit Inspection.*
  **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises  or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply
    **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party s officer from significant expense resulting from compliance.

  **(3)** *Quashing or Modifying a Subpoena.*
  **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that
    **(i)** fails to allow a reasonable time to comply
    **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c)
    **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies  or
    **(iv)** subjects a person to undue burden.
  **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires
    **(i)** disclosing a trade secret or other confidential research, development, or commercial information  or

    **(ii)** disclosing an unretained expert s opinion or information that does not describe specific occurrences in dispute and results from the expert s study that was not requested by a party.
  **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party
    **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship  and
    **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information
  **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2)** *Claiming Privilege or Protection.*
  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must
    **(i)** expressly make the claim  and
    **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has  must not use or disclose the information until the claim is resolved  must take reasonable steps to retrieve the information if the party disclosed it before being notified  and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required  and also, after a motion is transferred, the issuing court  may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).